(D+P)

**FILED**
IN CLERK'S OFFICE
U.S. DI---  ---RT E.D.N.Y.
★ SEP 7  2005  ★

# SALVATORE J. MARINELLO P.C.

### ATTORNEY AT LAW

P.M. _____
TIME A.M. _____

TELEPHONE (516) 877-2270

55 MINEOLA BOULEVARD
MINEOLA, NEW YORK 11501

FACSIMILE (516) 739-1364

September 6, 2005

Via Fax (718)260-2417
Hon. Carol B. Amon
United States District Court
225 Cadman Plaza Court
Brooklyn, New York. 11201

*Application granted. The Government informed Chambers it has no opposition to this request.*

*So Ordered,*

RE: United States Vs. Angelo Gerasimou
Criminal Docket No: CR-04-0790

Dear Judge Amon:

9/6/05     s/CBA

    This Letter will serve to supplement my letter of this date requesting an extension of time to surrender to September 9, 2005.
    I was informed at approximately 2:15 pm on this date that Mr. Gerasimou father-in-law unfortunately had passed away. The funeral is scheduled for Friday September 9, 2005.
    If the Court is kind enough to grant an extension, I am respectfully requesting for September 12, 2005 as the new surrender date.
    Thank you for you consideration.

Very truly yours

*Salvatore J. Marinello*
Salvatore J. Marinello